UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LUCAS JAMES ASHENBRENNER and
RAMONA JEAN ASHENBRENNER,

    Plaintiff,

v.                                                                                 Case No. 1:17-cv-01018

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

---

## ORDER GRANTING MOTION FOR REMAND

---

Based upon Defendant's Motion for Remand, dated February 6, 2018,

IT IS ORDERED:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to reevaluate the record, including the medical opinions; proceed through the sequential evaluation process as needed to reach a decision; if the evaluation reaches step four, reconsider Plaintiff's residual functional capacity; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

Dated at Green Bay, Wisconsin, this 22nd day of February, 2018.

                                                                    BY THE COURT:

                                                                      s/ William C. Griesbach
                                                                      HONORABLE WILLIAM C. GRIESBACH
                                                                      Chief Judge, United States District Court